UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

       -against-

                                     17 Cr. 610 (LGS)

MICHAEL LAMAR,

               Defendant.

------------------------------------------------------------x


## SUPPLEMENTAL SENTENCING MEMORANDUM
## ON BEHALF OF DEFENDANT MICHAEL LAMAR


                                BENNETT M. EPSTEIN and SARAH M. SACKS
                                Attorneys for Defendant MICHAEL LAMAR.
                                100 Lafayette Street
                                New York, NY 10013
                                (212) 684-1230

LAW OFFICES
# BENNETT M. EPSTEIN
**100 LAFAYETTE STREET**
**NEW YORK, NY 10013**
**(212) 684-1230**

January 4, 2019

Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
US Courthouse
40 Foley Square
New York, NY 10007

via ECF

Re: <u>United States v. Michael Lamar</u><br>
17 Cr. 610 (LGS)

Dear Judge Schofield:

     Enclosed please find two additional sentencing letters on behalf of Michael Lamar, one from his mother, Carolyn Hemphill, and another from his child's mother, Twana Shaw. Both of them are referenced in the Pre-Sentence Report and expressed positive sentiments about Michael.

     We find most poignant and potentially relevant to sentencing the letter from Ms. Hemphill, who indicates her extremely poor physical condition and disability, and her desire to have Michael live at home with her. We can therefore definitively state that, if and when released, Michael will have a home and a stable residence. These are the building blocks for the Court to create an order for Michael's supervision during a term of Supervised Release.

Very truly yours,<br><br>
Bennett M. Epstein

cc. Alexandra Rothman, Esq