```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                    Plaintiff,              :
                                                            :    17 Cr. 610-11 (LGS)
              -against-                                     :
                                                            :        ORDER
CHIMBA CARLOS,                                              :
                                    Defendant,              :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/16/2019

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that Defendant Chimba Carlos' sentencing hearing previously scheduled for January 15, 2019 at 4:30 p.m., shall be adjourned to **March 26, 2019, at 4:30 p.m**. Defendant's supplemental submission, if any, shall be filed by March 4, 2019. The Government's supplemental submission, if any, shall be filed by March 7, 2019.

Dated: January 16, 2019
        New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**